### 55620. HUGHES et al. v. COTTON STATES MUTUAL INSURANCE COMPANY.

BELL, Chief Judge.

Plaintiffs obtained a judgment for $20,000 against a third-party tortfeasor whose vehicle was insured under a policy with a $10,000 liability limit. Plaintiffs obtained this amount from the third party's carrier. Then they brought this suit against their own insurer for recovery of the $10,000 balance due on the judgment under their uninsured motorist coverage. Plaintiffs had two separate auto policies with defendant with $10,000 uninsured motorist coverage on each policy. The trial court entered judgment for the defendant and plaintiffs appeal. *Held:*

In *Cotton States Mut. Ins. Co. v. Austin,* 143 Ga. App. 309 (238 SE2d 253), under the same fact situation, we held that the tortfeasor was not uninsured within the meaning of our statutes (Code Ann. § 56-407.1 (a) and (b)) so as to authorize the stacking of plaintiffs' separate policies. Accordingly, *Austin* controls and we must affirm.

*Judgment affirmed. Shulman and Birdsong, JJ., concur.*

ARGUED APRIL 10, 1978 — DECIDED MAY 12, 1978 — REHEARING DENIED MAY 31, 1978 — 

*Altman & McGraw, Harry Jay Altman, II,* for

appellants.

*Young, Young, Ellerbee & Clyatt, F. Thomas Young,* for appellee.